opinion filed May 4, 1948; released for publication June 4, 1948. B. G. Clanton, for appellant; Nat M. Kahn and David J. A. Hayes, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.

Seventh Heaven, Inc., Appellee, v. South Side Fire-Proof Storage, Inc. et al., Appellants.

Gen. No. 44,134.

opinion filed May 4, 1948; released for publication June 4, 1948. Joseph E. Clayton, Jr. and Chas. B. Evins, for appellants; Chas. B. Evins, of counsel; Max M. Fleisher and Adolph L. Haas, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.

James Mathes, Appellee, v. Homer Lipe, Appellant.

Gen. No. 9,589.

opinion filed May 27, 1948; released for publication June 22, 1948. Harold Broverman and Scott Hoover, for appellant; Hogan & Coale and Daniel H. Dailey, for appellee. Opinion by JUSTICE DADY. Not to be published in full.

Chester A. Mocabee and Hazel B. Mocabee, Appellees, v. Mable T. Holman, Appellant.

Gen. No. 9,590.

opinion filed May 27, 1948; released for publication June 22, 1948. Weilepp & Wilson, for appellant; John W. Dyar, of counsel; Vail, Mills & Armstrong, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

Riley Fordyce, Appellee, v. Wallace Elifson, Appellant.

Gen. No. 10,155.